IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**APRIL PRESTON,**

    **Plaintiff,**

vs.                                              **CASE NO. 5:10-cv-210/RS-EMT**

**MICHAEL J. ASTRUE,**
**Commissioner of the**
**Social Security Administration,**

    **Defendant.**
_____ /

## ORDER

Before me is the Magistrate Judge's Order, Report and Recommendation (Doc. 24). Plaintiff has not filed objections.

    **IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. The decision of the Commissioner is **AFFIRMED**.

3. This case is **DISMISSED**.

4. The clerk is directed to close the file.

**ORDERED** on October 14, 2011.

                                                   /S/ Richard Smoak
                                                   **RICHARD SMOAK**
                                                   **UNITED STATES DISTRICT JUDGE**